UNITED STATES DISTRICT COURT
DISCRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| TAMMY GRUBBS STILL, | ) Civil Action No. 1:17-2826-MGL |
| Plaintiff, | ) |
| v. | ) |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

Upon consideration of Defendant's Motion to Remand and any response thereto, it is hereby

ORDERED that Defendant's Motion is granted. Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further administrative proceedings.[1]

**AND IT IS SO ORDERED.**

s/Mary Geiger Lewis
Mary Geiger Lewis
United States District Judge

May 31, 2018

---

[1] The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.