

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## AIKEN DIVISION

| | | |
|---|---|---|
| TAMMY GRUBBS STILL,<br>　　　Plaintiff, | § § § § | |
| vs. | § | CIVIL ACTION NO. 1:17-cv-2826-MGL |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br>　　　Defendant. | § § § § | |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

This is a Social Security appeal. Pending before the Court is Plaintiff's motion for attorney fees in the amount of $3,693.25 in attorney fees and $16.00 in expenses. under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Defendant does not oppose the motion.

Having carefully considered the motion, the response, the record, and the relevant law, it is the judgment of the Court the motion is **GRANTED**.

**IT IS SO ORDERED**.

Signed this 10th day of September, 2018, in Columbia, South Carolina.

　　　　　　　　　　　　　　　　　/s/ Mary Geiger Lewis
　　　　　　　　　　　　　　　　　MARY GEIGER LEWIS
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE