

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## AIKEN DIVISION

| | |
|---|---|
| TAMMY GRUBBS STILL,         § | |
|     Plaintiff,         § | |
| vs.         § | CIVIL ACTION NO. 1:17-2826-MGL |
|              § | |
| ANDREW SAUL,         § | |
| *Commissioner of Social Security*,         § | |
|     Defendant.         § | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY FEES

This is a Social Security appeal. Pending before the Court is Plaintiff Tammy Grubb Still's motion under § 206(b) of the Social Security Act, 42 U.S.C. § 406(b), for attorney fees in the amount of $11,886.25. Defendant Andrew Saul does not oppose the motion.

Having carefully considered the motion, the response, the record, and the relevant law, it is the judgment of the Court the motion is **GRANTED**.

**IT IS SO ORDERED**.

Signed this 16th day of July, 2020, in Columbia, South Carolina.

                                            /s/ Mary Geiger Lewis
                                            MARY GEIGER LEWIS
                                            UNITED STATES DISTRICT JUDGE